IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GENERAL ELECTRIC COMPANY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 1:13-CV-0473-FJS-CFH |
| **NIAGARA MOHAWK POWER CORPORATION d/b/a NATIONAL GRID,** | ) |
| **Defendant.** | ) |

### STIPULATION OF DISCONTINUANCE OF CLAIMS BY GENERAL ELECTRIC COMPANY

COMES NOW Plaintiff General Electric Company ("GE") and Defendant Niagara Mohawk Power Corporation ("Niagara Mohawk"), and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties having advised the Court that they have reached a settlement, and that no party to this matter is either an infant or incompetent. It is therefore ORDERED AND ADJUDGED THAT:

1. All of the claims which GE has alleged in the above action against Niagara Mohawk are dismissed with prejudice; and

2. Each party shall bear all of its own costs and attorneys' fees incurred in this action.

It is SO ORDERED.
January 13, 2014

_____
UNITED STATES DISTRICT COURT
Hon. Frederick J. Scullin, Jr.

| | |
|---|---|
| By: /s/ Constance T. Forkner<br>Joseph G. Petrosinelli (Bar No. 506753)<br>Steven R. Kuney (admitted *pro hac*)<br>Constance T. Forkner (admitted *pro hac*)<br>Williams & Connolly LLP<br>725 12th St. NW<br>Washington, DC 20005<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br>Email: jpetrosinelli@wc.com<br><br>**Attorney for General Electric Co.** | /s/ J. Michael Showalter<br>J. Michael Showalter (Bar Roll No. 517064)<br>SCHIFF HARDIN LLP<br>666 Fifth Avenue, 17th Floor<br>New York, NY 10103<br>(212) 753-5000<br>Facsimile: (312) 258-5600<br>mshowalter@schiffhardin.com<br><br>Russell B. Selman (admitted *pro hac*)<br>Bradley S. Rochlen (admitted *pro hac*)<br>SCHIFF HARDIN LLP<br>233 S. Wacker Dr., Suite 6600<br>Chicago, IL 60606<br>(312) 258-5500<br>Facsimile: (312) 258-5600<br>rselman@schiffhardin.com<br>brochlen@schiffhardin.com<br><br>Dennis R. McCoy (Bar Roll No. 102158)<br>Richard R. Capozza (Bar Roll No. 105609)<br>Jeffrey W. Davis (Bar Roll No. 518226)<br>HISCOCK & BARCLAY, LLP<br>One Park Place<br>300 South State Street<br>Syracuse, NY 13202<br>Telephone (716) 566-1560<br>dmccoy@hblaw.com<br>rcapozza@hblaw.com<br>jdavis@hblaw.com<br><br>**Attorney for Niagara Mohawk Power Corp.** |